IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK,

    Plaintiff,                    No. CIV 2:12cv1824-JAM-JFM (PS)

    vs.

FREDA A. HINES,

    Defendant.                ORDER

        Defendant, proceeding pro se, removed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 2, 2012, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed August 2, 2012 are adopted in full; and

1      2. This action is remanded to the Sacramento County Superior Court.

2  DATED: September 11, 2012

3                                  /s/ John A. Mendez

4                                  UNITED STATES DISTRICT COURT JUDGE